1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   DONALD W. YOO (SBN 227679)
4  Assistant United States Attorney
        Room 7516, Federal Building
5       300 North Los Angeles Street
        Los Angeles, California 90012
6  Tel:      (213) 894-3994
   Fax:      (213) 894-7819
7  Email:    donald.yoo@usdoj.gov

8  Attorneys for Defendant
   Michael B. Donley, sued in his official capacity as
9  Secretary of the U.S. Air Force

JS - 6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA J. ODEN MEYERS, | No. CV12-3700-FMO (Ex) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| MICHAEL B. DONLEY, SECRETARY, UNITED STATES AIR FORCE, | |
| Defendant. | |
| | Honorable Fernando M. Olguin |

The parties having filed a Stipulation for Compromise Settlement and Dismissal, IT IS HEREBY ORDERED THAT:

1. Plaintiff's action is dismissed with prejudice in its entirety; and
2. Each party shall bear their own costs of suit and fees.

Dated:  April 29, 2013

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE